UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

EVETTE RUTH SMITH,

    Plaintiff,

v.                                        Case No. 09-C-917

WISCONSIN SOCIAL SECURITY, et al.

    Defendants

**ORDER**

Plaintiff has filed a complaint. Ordinarily, a plaintiff must pay a statutory filing fee of $350 to bring an action in federal court. 28 U.S.C. § 1914(a). Plaintiff, however, has requested leave to proceed *in forma pauperis*, pursuant to 28 U.S.C. § 1915.

Section 1915 is meant to ensure indigent litigants meaningful access to federal courts. *Nietzke v. Williams*, 490 U.S. 319, 324 (1989). An indigent plaintiff may commence a federal court action, without paying required costs and fees, upon submission of an affidavit asserting inability "to pay such fees or give security therefor" and stating "the nature of the action, defense or appeal and affiant's belief that the person is entitled to redress." 28 U.S.C. § 1915(a)(1). Plaintiff filed the required affidavit of indigence. Upon review of that affidavit, it appears that plaintiff could not afford the $350 filing fee. The filing fee is therefore waived.

Under § 1915(e), I maintain a duty to "screen" complaints to ensure that the privilege of filing is not abused. Plaintiff's complaint fails to set forth a cognizable federal claim. It sets forth a series of grievances and a general history of the past decade, but nowhere is a claim arising under

federal law discernable. In addition, the relief sought is not the sort of relief that may be provided in a federal civil action.

The motion to proceed *in forma pauperis* is **GRANTED**. The motion for appointment of counsel is **DENIED**. The complaint is **DISMISSED**.

**SO ORDERED** this   28th   day of September, 2009.

s/ William C. Griesbach
William C. Griesbach
United States District Judge
